

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of A.P. and A.P., children,

\* From the County Court at Law No. 2, Ector County, Trial Court No. CC2-3137-PC.

No. 11-14-00278-CV

\* November 26, 2014

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.